| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LANE BOURQUE, §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:06-CV-517
　　　　　　　　　　　　　　　　§
MITCH WOODS, *et al.*, §
　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Lane Bourque, an inmate confined at the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this civil rights suit pursuant to 42 U.S.C. § 1983 against Mitch Woods, Chief Greer, Major Teriot, Captain Cassidy, R. Vega, and V. Ardoin.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends Plaintiff's motion for injunctive relief be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that Plaintiff's motion for injunctive relief is **DENIED**.

SIGNED at Beaumont, Texas, this 28th day of February, 2007.

 

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE